IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 07-mj-00031-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES WINGERS,

    Defendant.

## ORDER

    This matter is set for further proceedings concerning the property bond ordered as a condition of release at the U.S. District Court for the District of Colorado in Grand Junction, Colorado on December 17, 2007 at 2:00 p.m.

    DONE this 14th day of December, 2007.

BY THE COURT:

s/ Gudrun J. Rice

Gudrun J. Rice
United States Magistrate Judge