IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 07-mj-00031-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES WINGERS,

    Defendant.

## ORDER

The Defendant, having waived, on December 12, 2007, identity hearing in the District of Colorado, and an indictment having been returned in the Eastern District Of Wisconsin, it is hereby ORDERED that the Defendant appear for arraignment before U.S. Magistrate Judge Aaron Goodstein in Courtroom 254 of the United States District Court for the Eastern District of Wisconsin, at 517 E. Wisconsin Avenue, Milwaukee, Wisconsin on **Friday, January 4, 2008 at 10:00 AM**.

It is further ORDERED that the Defendant contact the pretrial services office of the United States District Court for the Eastern District of Wisconsin at 414-297-1425, upon his arrival in Milwaukee, Wisconsin.

DONE this 14th day of December, 2007.

                                        BY THE COURT:

                                        s/ Gudrun J. Rice

                                        Gudrun J. Rice
                                        United States Magistrate Judge